UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MENACHEM TEITLEBAUM on behalf of himself and        Case No.: 17-cv-06028
all other similarly situated consumers,

                  Plaintiff,        **STIPULATION OF**
    -against-        **VOLUNTARY DISMISSAL**

CAPITAL RESOURCE MANAGEMENT, INC.,

                  Defendant.
-------------------------------------------------------------------X

        Plaintiff, Menachem Teitlebaum, hereby voluntarily dismisses this action against defendant, Capital Resource Management, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and without costs, disbursements, or attorneys' fees to either party as against the other.

        The parties shall have the right to reopen the matter if the settlement is not consummated within the next sixty days.

        An executed copy of this Stipulation shall be deemed the same as a signed original.

        This, the 15th day of June, 2018.

/s/
_____        _____
Adam J. Fishbein, Esq.        Matthew J. Bizzaro, Esq.
Adam J. Fishbein, P.C.        L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attorneys for Plaintiff        Attorneys for Defendant
735 Central Avenue        1001 Franklin Avenue
Woodmere, NY 11598        Garden City, NY 11530
(516) 668-6945        (516) 294-8844

SO ORDERED:

_____
    U.S.D.J.