FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 18 2018  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MENACHEM TEITLEBAUM on behalf of himself and
all other similarly situated consumers,

                       Plaintiff,

   -against-

CAPITAL RESOURCE MANAGEMENT, INC.,

                       Defendant.
-----------------------------------------------------------------X

Case No.: 17-cv-06028

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

      Plaintiff, Menachem Teitlebaum, hereby voluntarily dismisses this action against defendant, Capital Resource Management, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and without costs, disbursements, or attorneys' fees to either party as against the other.

      The parties shall have the right to reopen the matter if the settlement is not consummated within the next sixty days.

      An executed copy of this Stipulation shall be deemed the same as a signed original.

      This, the 15th day of June, 2018.

/s/ _____
Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
Attorneys for Plaintiff
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945

_____
Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attorneys for Defendant
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844

SO ORDERED: This 18th day of June 2018
at Central Islip, New York.

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein, U.S.D.J.

(※) The June 19, 2018 Status Conference is cancelled. The Clerk of Court is directed to close the case.

SJF/pk